UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

IN RE:     (Debtors' names)                          CHAPTER 13

Richard Leroy Mestas and Nancy Lee Mestas          CASE NO: 26-11524

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| | |
|---|---|
| **Business Name or Full Name of Creditor** (please print legibly or type):<br><br>  TD Bank USA, N.A. | |
| **Old Payment Address** (or address to be replaced):<br><br>  TD Bank/Target<br>  PO BOX 673<br>  MINNEAPOLIS, MN 55440-0673 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>  c/o Weinstein & Riley, P.S.<br>  P.O. Box 93024<br>  Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):<br><br>  TD Bank/Target<br>  PO BOX 673<br>  MINNEAPOLIS, MN 55440-0673 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):<br><br>  c/o Weinstein & Riley, P.S.<br>  749 Gateway<br>  Suite G-601<br>  Abilene, TX 79602 |
| Date: 05/11/2026 | /s/ POONSRI WALLACE<br>**Signature of person submitting change of address**<br>Name: POONSRI WALLACE<br>Address: c/o Weinstein & Riley, P.S.<br>749 Gateway, Suite G-601<br>Abilene, TX 79602<br>Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X      THIS CASE ONLY;**
**AT PRIOR ADDRESS.**

48269404