United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 26-11524-RB

Richard Leroy Mestas                                                                     Chapter 13

Nancy Lee Mestas
         Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                   +  Richard Leroy Mestas, Nancy Lee Mestas, 1104 Ribbonwood Court, Hemet, CA 92545-7733

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name                              Email Address**

Amitkumar Sharma
                    on behalf of Creditor Bridgecrest Acceptance Corporation  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com

Arnold L Graff
                    on behalf of Creditor Oregon Trail Corporation agraff@wrightlegal.net  nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net

Benjamin Heston
                    on behalf of Joint Debtor Nancy Lee Mestas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston
                    on behalf of Debtor Richard Leroy Mestas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Poonsri Jinantuya Wallace
                    on behalf of Creditor TD Bank USA  N.A. poonsriw@oakharbormanagement.com

Rod Danielson (TR)
                    notice-efile@rodan13.com

District/off: 0973-6                          User: admin                                    Page 2 of 2
Date Rcvd: May 18, 2026                       Form ID: pdf042                               Total Noticed: 1

United States Trustee (RS)
                        ustpregion16.rs.ecf@usdoj.gov


TOTAL: 7

**WRIGHT, FINLAY & ZAK, LLP**
ARNOLD L. GRAFF, ESQ. SBN 269170
*agraff@wrightlegal.net*
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Facsimile: (949) 608-9142
WFZ No.: 252-20262983

Attorney for Secured Creditor.

**FILED & ENTERED**

MAY 18 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY hawkinso DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | BK Case No. 6:26-bk-11524-RB |
| RICHARD LEROY MESTAS AND NANCY LEE MESTAS, | Chapter: 13 |
| Debtors. | **ORDER GRANTING PLAN TREATMENT STIPULATION REGARDING CLAIM SECURED BY REAL PROPERTY LOCATED AT 1104 RIBBONWOOD COURT, HEMET, CA 92545** |
| | **CONFIRMATION HEARING:** |
| | Date: May 21, 2026 |
| | Time: 2:00 pm |
| | Crtrm: 303 |
| | Place: United States Bankruptcy Court |
| |        3420 Twelfth Street |
| |        Riverside, CA 92501 |

**ORDER GRANTING PLAN TREATMENT PLAN TREATMENT STIPULATION REGARDING CLAIM SECURED BY REAL PROPERTY LOCATED AT 1104 RIBBONWOOD COURT, HEMET, CA 92545**

Order Granting Plan Treatment Stipulation
Case No.: 6:26-bk-11524-RB

IT IS HEREBY ORDERED that the Plan Treatment Stipulation Regarding Claim Secured By Real Property Located At 1104 Ribbonwood Court, Hemet, CA 92545, filed herein as Docket #23, is hereby approved.

###

Date: May 18, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

Order Granting Plan Treatment Stipulation
Case No.: 6:26-bk-11524-RB