**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**
**Tel: 949.312.1377**
**Fax: 949.288.2054**
***ben@nexusbk.com***

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD LEROY MESTAS, and<br><br>NANCY LEE MESTAS,<br><br>Debtors. | Case No: **6:26-bk-11524-RB**<br><br>**Chapter 13**<br><br>**DECLARATION OF BENJAMIN HESTON REGARDING CHAPTER 13 PLAN PAYMENTS** |

I, Benjamin Heston, declare as follows:

1.  I am the attorney for the Debtors in the above-captioned Chapter 13 bankruptcy case. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.  Richard Mestas paid me $200.00 for the purpose of making his Chapter 13 payments.

3.  On May 21, 2026, I converted those funds to a money order and mailed it to the Chapter 13 Trustee's post office box in Riverside, California.

4.  Attached as Exhibit A are true and correct copies of the money order and mailing envelope.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 21, 2026

_____
BENJAMIN HESTON

# EXHIBIT A

DECLARATION OF BENJAMIN HESTON REGARDING CHAPTER 13 PLAN PAYMENTS

