| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:*  Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>RICHARD LEROY MESTAS, and<br><br>NANCY LEE MESTAS,<br><br><br><br><br>Debtor(s). | CASE NO.: 6:26-bk-11524-RB<br><br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]** |
| | [No hearing unless requested in writing] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) RICHARD LEROY MESTAS and  NANCY LEE MESTAS                                    ,
   filed a motion or application (Motion) entitled DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
   UNDER LBR 3015-1(p)                                                                       .

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

   ☐  The full Motion is attached to this notice; or

   ☒  The full Motion was filed with the court as docket entry #30 and 36, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**  Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion.  The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

(1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2)  Movant will lodge an order that the court may use to grant the Motion; and

(3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date:  05/29/2026

/s/Benjamin Heston
Signature of Movant or attorney for Movant

Benjamin Heston
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# <u>ATTACHMENT 3: DETAILED DESCRIPTION OF RELIEF SOUGHT</u>

Debtors are seeking Court authority under LBR 3015-1(p) to sell their real property located at 1101 Ribbonwood Court, Hemet, CA 92545 for $204,000.00. It is expected that the sale proceeds will pay the following encumbrances: $91,223 to Oregon Trail Corporation pursuant to a prior Stipulation and Order, $8,213 to the Riverside Tax Collector, and $67,317 to the Franchise Tax Board. After the payment of these encumbrances and costs of sale, it is expected that there will be an approximate remaining balance of $29,100.00. The Chapter 13 trustee is authorized to make a demand upon escrow for this remaining balance, even though the amount is insufficient to fully pay off the Chapter 13 Plan.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400
Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF OPPORTUNITY TO  REQUEST A HEARING ON MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 5/29/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Arnold L Graff     agraff@wrightlegal.net, nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
Poonsri Jinantuya Wallace     poonsriw@oakharbormanagement.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 5/29/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **5/29/2026** | **Benjamin Heston** | **/s/Benjamin Heston** |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**

Bridgecrest Acceptance c/o AIS
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118-7901

Oregon Trail Corporation
Wright, Finlay & Zak, LLP
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660

Discover Financial Services LLC
PO Box 3025
New Albany, OH 43054-3025

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-7999

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Oregon Trail Corporation
4022 Katella Ave., Unit 104
Los Alamitos, CA 90720-3461

Riverside County Tax Collector
4080 Lemon Street
Riverside, CA 92501-3609

Spring Oaks Capital LLC
1400 Crossways Blvd., Ste. 100B
Chesapeake, VA 23320-0207

Dept. of Tax & Fee Admin.
PO Box 942879, MIC 29
Sacramento, CA 94279-0001

First National Bank of Omaha
1601 Dodge St.
Stop Code 3113
Omaha, NE 68102-1637

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Seventh Avenue
PO Box 800849
Dallas, TX 75380-0849

TD Bank USA, N.A.
c/o Weinstein & Riley, P.S.
749 Gateway, Ste. G601
Abilene, TX 79602-1196

Credit Corp Solutions Inc.
121 W. Election Rd.
Sandy, UT 84020-7766

Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA 95812-2952

LVNV Funding
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management
PO Box 939069
San Diego, CA 92193-9069

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

Seven Hills POA
PO Box 177
Hemet, CA 92546

TD Bank/Target
c/o Weinstein & Riley, P.S.
749 Gateway
Suite G-601
Abilene, TX 79602-1196