**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. (SBN 269170)
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Fax: (949) 608-9142
Email: agraff@wrightlegal.net
WFZ #: 252-20262983

Attorneys for Secured Creditor,
OREGON TRAIL CORPORATION

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD LEROY MESTAS and<br>NANCY LEE MESTAS,<br><br>    Debtors. | BK Case No. 6:26-bk-11524-RB<br><br>Chapter: 13<br><br>**STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(D)(1) & 362(D)(4) (REAL PROPERTY)**<br><br>**CONFIRMATION HEARING:**<br>Date: May 21, 2026<br>Time: 2:00 pm<br>Crtrm: 303<br>Place: United States Bankruptcy Court<br>    3420 Twelfth Street<br>    Riverside, CA 92501 |

**STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)(1) and § 362(d)(4) (REAL PROPERTY)**

Pursuant to the Plan Treatment Stipulation regarding Oregon Trail Corporation's Claim

Secured by Real Property Located at 1104 Ribbonwood Court, Hemet CA 92545 (the

1

STIPULATED IN REM RELIEF FROM STAY ORDER

"Stipulation"), the Default Declaration regarding Debtor's material default under the terms of the Stipulation, and for good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The automatic stay of 11 U.S.C. §362 is hereby terminated as to Debtors and to Debtors' estate, as it applies to Movant, to allow Movant to exercise its non-bankruptcy rights and remedies as to the real property located at 1104 Ribbonwood Court, Hemet CA 92545; (APN: 464-031-004) (Legal Descriptions Attached as **Exhibit A**) (the "Property"); including but not limited to, the commencement or continuation of a foreclosure sale in accordance with applicable state law and/or the commencement or continuation of an unlawful detainer proceeding and/or any other action necessary to obtain possession of the Property as authorized by state law.

2.      Relief from the automatic stay is also granted under 11 U.S.C. § 362(d)(4): if recorded in compliance with applicable state laws governing notices of interests or liens in real property, the order is binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of the order by the court, except that a debtor in a subsequent case under this title may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

3.      This Order shall be binding in any and all chapters following any later conversion of this case to a case under a different chapter of Title 11 of the United States Bankruptcy Code.

4.      The 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

2

STIPULATED IN REM RELIEF FROM STAY ORDER

APPROVED AS TO FORM:

Date: _____5/15/2026_____

By:_____
Benjamin Heston, Esq.
Attorney for Debtors,
Richard Leroy Mestas and Nancy Lee Mestas

APPROVED AS TO FORM:

Date: _05/18/2026_____

By:_____
   /s/ Arnold L. Graff
Arnold L. Graff, Esq.
Attorney for Creditor,
OREGON TRAIL CORPORATION

3

STIPULATED IN REM RELIEF FROM STAY ORDER

DOC #2023-0110346   Page 6 of 6

## EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HEMET (RIVERSIDE AREA), COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 4 OF TRACT 7468-1, IN THE CITY OF HEMET, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN BY MAP ON FILE IN BOOK 86, PAGES 39 THROUGH 43, INCLUSIVE OF MAPS, RECORDS OF RIVERSIDE COUNTY, CALIFORNIA.

ASSESSOR'S PARCEL NUMBER: 464-031-004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4665 MacArthur Court, Suite 200, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) & 362(d)(4) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) 06/09/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtors: Richard and Nancy Mestas, 1104 Ribbonwood Court, Hemet, CA 92545
Debtors' Counsel: Benjamin Heston, NEXUS BANKRUPTCY, 3090 Bristol St., #400, Costa Mesa, CA 92626
Chapter 13 Trustee: Rod Danielson, 3787 University Avenue, Riverside, CA 92501
U.S. Trustee: Office of the United States Trustee, 3801 University Ave., #720, Riverside, CA 92501-3200

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/08/2026 | JACKIE KLABACHA POWELL | */s/ Jackie Klabacha Powell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*