| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP**<br>ARNOLD L. GRAFF, ESQ. SBN 269170<br>*agraff@wrightlegal.net*<br>4665 MacArthur Court, Suite 200<br>Newport Beach, CA 92660<br>Telephone: (949) 477-5050<br>Facsimile: (949) 608-9142<br>WFZ No.: 252-20262983 | |
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Secured Creditor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION** | |
|---|---|
| In re:<br><br>RICHARD LEROY MESTAS AND<br>NANCY LEE MESTAS,<br><br><br><br><br><br><div align="right">Debtor(s)</div> | CASE NO.: 6:26-bk-11524-RB<br><br>CHAPTER: 13<br><hr>**NOTICE OF LODGMENT OF STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) & 362(d)(4) (REAL PROPERTY)** |

PLEASE TAKE NOTE that the order granting Stipulated Order Granting Secured Creditor Binding In Rem Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)(1) & 362(d)(4) (REAL PROPERTY) was lodged on (*date*) <u>06/08/2026</u> and is attached. This order relates to the motion which is docket number <u>40</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, June 08, 2026

CONFIRMATION :

 Your Lodged Order Info:
( **11350003.doc** )
  A new order has been added

- **Office**:  Riverside
- **Case Title**:  Richard Leroy Mestas and Nancy Lee Mestas
- **Case Number**:  26-11524
- **Judge Initial**:  RB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  40
- **On Date**:  06/08/2026 @ 04:55 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. (SBN 269170)
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Fax: (949) 608-9142
Email: agraff@wrightlegal.net
WFZ #: 252-20262983

Attorneys for Secured Creditor,
OREGON TRAIL CORPORATION

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>RICHARD LEROY MESTAS and<br>NANCY LEE MESTAS,<br><br>Debtors. | BK Case No. 6:26-bk-11524-RB<br><br>Chapter: 13<br><br>**STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(D)(1) & 362(D)(4) (REAL PROPERTY)** |

**STIPULATED ORDER GRANTING SECURED CREDITOR BINDING
IN REM RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §§ 362(d)(1) & 362(d)(4) (REAL PROPERTY))**

1

Order

IT IS HEREBY ORDERED that the Stipulated Order re: Secured Creditor's Binding In Rem Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)1 and 362(d)(4)(Real Property), filed herein as Docket #40, is hereby approved.

**END OF ORDER**

2

Order

**<u>COURT SERVICE LIST</u>**

N/A

Order

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4665 MacArthur Court, Suite 200, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1) & 362(d)(4) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/08/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rod Danielson (TR)     notice-efile@rodan13.com
Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Amitkumar Sharma     amit.sharma@aisinfo.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) 06/09/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtors: Richard and Nancy Mestas, 1104 Ribbonwood Court, Hemet, CA 92545
Debtors' Counsel: Benjamin Heston, NEXUS BANKRUPTCY, 3090 Bristol St., #400, Costa Mesa, CA 92626
Chapter 13 Trustee: Rod Danielson, 3787 University Avenue, Riverside, CA 92501
U.S. Trustee: Office of the United States Trustee, 3801 University Ave., #720, Riverside, CA 92501-3200

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/08/2026 | JACKIE KLABACHA POWELL | */s/ Jackie Klabacha Powell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*