United States Bankruptcy Court

Central District of California

In re:                                                                                                 Case No. 26-11524-RB

Richard Leroy Mestas                                                                    Chapter 13

Nancy Lee Mestas
     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: van150 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Leroy Mestas, Nancy Lee Mestas, 1104 Ribbonwood Court, Hemet, CA 92545-7733 |
| cr | + | Oregon Trail Corporation, Wright, Finlay & Zak, LLP, 4665 MacArthur Court, Suite 200, Newport Beach, CA 92665, UNITED STATES 92660-1811 |
| 42964076 | | Dept of Tax & Fee Admin, PO Box 942879 MIC 29, Sacramento, CA 94279-0001 |
| 42964089 | | Seven Hills Drive HOA, 1377 Seven Hills Dr, Hemet, CA 92545-7782 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 09 2026 05:42:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 09 2026 05:42:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Jun 09 2026 05:42:00 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bncmail@w-legal.com | Jun 09 2026 01:57:00 | TD Bank USA, N.A., c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, ABILENE,, TX 79602, UNITED STATES |
| 42964074 | + | EDI: AISACG.COM | Jun 09 2026 05:42:00 | Bridgecrest Acceptance Corp, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 42964075 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 09 2026 01:55:00 | Credit Corp Solutions, 63 East 11400 south #408, Sandy, UT 84070-6705 |
| 42964077 | | EDI: DISCOVER | Jun 09 2026 05:42:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42964078 | + | Email/Text: collecadminbankruptcy@fnni.com | Jun 09 2026 01:56:00 | First National Bank of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 43041692 | | EDI: CALTAX.COM | Jun 09 2026 05:42:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42964079 | | EDI: AMINFOFP.COM | Jun 09 2026 05:42:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 42964080 | | EDI: CALTAX.COM | Jun 09 2026 05:42:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42964081 | | EDI: IRS.COM | Jun 09 2026 05:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0973-6 | User: admin | Page 2 of 3
Date Rcvd: Jun 08, 2026 | Form ID: van150 | Total Noticed: 31

| 42964082 | EDI: JEFFERSONCAP.COM | Jun 09 2026 05:42:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 43094117 | EDI: JEFFERSONCAP.COM | Jun 09 2026 05:42:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 42964083 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 02:05:23 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 42966712 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 02:05:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42966708 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2026 02:05:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 42964084 | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2026 01:57:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 43032226 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2026 01:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 42964085 | + Email/Text: chrismark.hm@gmail.com | Jun 09 2026 01:57:00 | Oregon Trail Corporation, 4022 Katella Ave UNIT 104, Los Alamitos, CA 90720-3461 |
| 42964086 | EDI: PRA.COM | Jun 09 2026 05:42:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 42964087 | EDI: Q3G.COM | Jun 09 2026 05:42:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 42964088 | + Email/Text: rcttcbankruptcy@rivco.org | Jun 09 2026 01:57:00 | Riverside County Tax Collector, 4080 Lemon Street, Riverside, CA 92501-3609 |
| 42964091 | Email/Text: bankruptcy@springoakscapital.com | Jun 09 2026 01:55:00 | Spring Oaks Capital, PO Box 1216, Chesapeake, VA 23327-1216 |
| 43001602 | Email/Text: bankruptcy@springoakscapital.com | Jun 09 2026 01:55:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 42964090 | + EDI: CBS7AVE | Jun 09 2026 05:42:00 | Seventh Avenue, PO Box 800849, Dallas, TX 75380-0849 |
| 42964092 | + Email/Text: bncmail@w-legal.com | Jun 09 2026 01:57:00 | TD Bank/Target, c/o Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 43093010 | | Oregon Trail Corporation, P.O. Box 2673, Seal Beac |
| 42974262 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0973-6

User: admin

Page 3 of 3

Date Rcvd: Jun 08, 2026

Form ID: van150

Total Noticed: 31

Date: Jun 10, 2026

Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Acceptance Corporation  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Arnold L Graff | on behalf of Creditor Oregon Trail Corporation agraff@wrightlegal.net  nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Joint Debtor Nancy Lee Mestas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Richard Leroy Mestas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Poonsri Jinantuya Wallace | on behalf of Creditor TD Bank USA  N.A. poonsriw@oakharbormanagement.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 7

# United States Bankruptcy Court
## Central District of California

### 3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Richard Leroy Mestas

**BANKRUPTCY NO.**  6:26–bk–11524–RB

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–3593
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 6/4/26

**JOINT DEBTOR INFORMATION:**
Nancy Lee Mestas

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7556
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Joint Debtor Dismissal Date:**  6/4/26

**Address:**
1104 Ribbonwood Court
Hemet, CA 92545

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising
under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Automatic Stay is moot. All pending motions and adversary
proceedings are vacated and dismissed.

BY THE COURT,

Dated: June 8, 2026

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**39 / SH**