United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 26-11524-RB

Richard Leroy Mestas                                              Chapter 13

Nancy Lee Mestas

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0973-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

**Recip ID      Recipient Name and Address**
db/jdb      +   Richard Leroy Mestas, Nancy Lee Mestas, 1104 Ribbonwood Court, Hemet, CA 92545-7733

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Bridgecrest Acceptance Corporation  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Arnold L Graff | on behalf of Creditor Oregon Trail Corporation agraff@wrightlegal.net  nvbkfiling@wrightlegal.net;jpowell@wrightlegal.net |
| Benjamin Heston | on behalf of Debtor Richard Leroy Mestas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Joint Debtor Nancy Lee Mestas bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Poonsri Jinantuya Wallace | on behalf of Creditor TD Bank USA  N.A. poonsriw@oakharbormanagement.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |

District/off: 0973-6                      User: admin                               Page 2 of 2

Date Rcvd: Jun 12, 2026                   Form ID: pdf042                           Total Noticed: 1

United States Trustee (RS)
                          ustpregion16.rs.ecf@usdoj.gov


TOTAL: 7

**WRIGHT, FINLAY & ZAK, LLP**
Arnold L. Graff, Esq. (SBN 269170)
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Telephone: (949) 477-5050
Fax: (949) 608-9142
Email: agraff@wrightlegal.net
WFZ #: 252-20262983

Attorneys for Secured Creditor,
OREGON TRAIL CORPORATION

**FILED & ENTERED**

**JUN 12 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY hawkinso DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | BK Case No. 6:26-bk-11524-RB |
| RICHARD LEROY MESTAS and NANCY LEE MESTAS, | Chapter: 13 |
| Debtors. | **STIPULATED ORDER GRANTING SECURED CREDITOR BINDING IN REM RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(D)(1) & 362(D)(4) (REAL PROPERTY)** |

1

Order

IT IS HEREBY ORDERED that the Stipulated Order re: Secured Creditor's Binding In Rem Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d)1 and 362(d)(4)(Real Property), filed herein as Docket #40, is hereby approved.

###

Date: June 12, 2026

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

2

Order